**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Uncle Nearest Real Estate Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3413208** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3125 Highway 231 N** <br> **Shelbyville, TN 37160-7333** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Bedford** <br> County | **Location of principal assets, if different from principal place of business** <br> **3125 US-231 Shelbyville, TN 37160** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.unclenearest.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Uncle Nearest Real Estate Holdings, LLC**                    Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**2085**_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor     **Uncle Nearest Real Estate Holdings, LLC**          Case number (*if known*) _____
                   Name

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**          .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Uncle Nearest Real Estate Holdings, LLC**               Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2026**
              MM / DD / YYYY

**X** **/s/ Fawn Weaver**                                    **Fawn Weaver**
Signature of authorized representative of debtor              Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                     Date **March 17, 2026**
Signature of attorney for debtor                    MM / DD / YYYY

**Lynn Tarpy TN 006017**
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone   **(865) 588-1096**       Email address   **ltarpy@tcflattorneys.com**

**TN 006017 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Bedford County Tax Assessor**<br>Creditor's Name<br><br><br>**100 Public Square W. Ste. 301 Shelbyville, TN 37160**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**Notice Only**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Farm Credit Mid-America, PCA**<br>**2. Bedford County Tax Assessor** | **Describe debtor's property that is subject to a lien**<br>**Nearest Green Distillery**<br>**3125 US-231 N**<br>**Shelbyville, TN 37160**<br>**Distillery building, including any all furniture, equipment and fixtures contained therein and/or attached thereto.**<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$63,800,000.00** |
| **2.2** **Farm Credit Mid-America, PCA**<br>Creditor's Name<br><br><br>**c/o Mcguire Woods, LLP 845 Texas Ave., Ste 2400 Houston, TX 77002**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Nearest Green Distillery**<br>**3125 US-231 N**<br>**Shelbyville, TN 37160**<br>**Distillery building, including any all furniture, equipment and fixtures contained therein and/or attached thereto.**<br><br>**Describe the lien** | **$35,000,000.00** | **$63,800,000.00** |

Official Form 206D Schedule D: Creditors Who Have Claims Secured by Property page 1 of 3

Debtor    **Uncle Nearest Real Estate Holdings, LLC**
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Farm Credit Mid-America, PCA** | Describe debtor's property that is subject to a lien | $0.00 | $3,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002**
Creditor's mailing address

**Eady Road
Shelbyville, TN 37160**

**Describe the lien**
**Part of entire Farm Credit lien**

**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 | **Farm Credit Mid-America, PCA** | Describe debtor's property that is subject to a lien | $0.00 | $3,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002**
Creditor's mailing address

**Sand Creek Farm**

**Describe the lien**
**Part of entire Farm Credit lien**

**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Uncle Nearest Real Estate Holdings, LLC**          Case number (if known) _____
          Name

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$35,000,000.00**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Demetra Liggins**<br>**McGuire Woods, LLP**<br>**845 Texas Avenue, Ste 2400**<br>**Houston, TX 77002** | Line __2.2__ | |
| **Karen E. Sieg, Esq.**<br>**7878 Patriots Landon Place**<br>**Quinton, VA 23141** | Line __2.2__ | |
| **Mary Alexandra Shipley, Esq.**<br>**77 W. Wacker Drive**<br>**Suite 4100**<br>**Chicago, IL 60601** | Line __2.2__ | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 3

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Uncle Nearest Real Estate Holdings, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**Phillip G. Young, Jr.**<br>**Thompson Burton PLLC**<br>**1801 West End Avenue, Ste 1550**<br>**Nashville, TN 37203**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Notice only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**U.S. Attorney**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Notice**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

24241

Debtor    **Uncle Nearest Real Estate Holdings, LLC**                                    Case number (if known) _____
                        Name

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **0.00** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ **0.00** |

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nearest Green Distillery, Inc.** | **c/o Fawn Weaver 315 Deaderick St. Ste 1550 Nashville, TN 37238** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Uncle Nearest, Inc.** | **c/o Fawn Weaver, CEO 3125 US-231 North Shelbyville, TN 37160** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

Bedford County Tax Assessor
100 Public Square W.
Ste. 301
Shelbyville, TN 37160

Demetra Liggins
McGuire Woods, LLP
845 Texas Avenue, Ste 2400
Houston, TX 77002

Farm Credit Mid-America, PCA
c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Karen E. Sieg, Esq.
7878 Patriots Landon Place
Quinton, VA 23141

Mary Alexandra Shipley, Esq.
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Nearest Green Distillery, Inc.
c/o Fawn Weaver
315 Deaderick St. Ste 1550
Nashville, TN 37238

Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Ste 1550
Nashville, TN 37203

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Uncle Nearest, Inc.
c/o Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160

Uncle Nearest, Inc.
Attention:  Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Uncle Nearest Real Estate Holdings, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Uncle Nearest Real Estate Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 17, 2026**

Date

**/s/ Lynn Tarpy TN**

**Lynn Tarpy TN 006017**

Signature of Attorney or Litigant
Counsel for   **Uncle Nearest Real Estate Holdings, LLC**
**Tarpy, Cox, Fleishman & Leveille, PLLC**
**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**