**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In re

**UNCLE NEAREST REAL
ESTATE HOLDINGS, LLC**

      **Debtor**

**Case No. 3:26-bk-30472-SHB**

**Chapter 11**

**SECOND NOTICE OF APPEAL**

Comes Counsel for the Debtor, and pursuant to 28 U.S.C. § 158(a) and Rule 8002 of the

Federal Rules of Bankruptcy Procedure and hereby appeals from the Supplemental Memorandum

Opinion on Motions to Dismiss[1] [Doc. 54] entered on March 23, 2026 and the Order [Doc. No.

37] entered on March 19, 2026 by Bankruptcy Judge Suzanne H. Bauknight in this bankruptcy

case by which the Bankruptcy Court granted the Receiver's Expedited Motion to

1. Dismiss Bankruptcy Cases or, in the Alternative to Recognize Receiver as Authorized Representative of the Debtors [Doc 8]; and

2. Motion to Dismiss Bankruptcy Cases or, in the Alternative, Appoint Phillip G. Young, Jr. as Chapter 11 Trustee [Doc 25].

The names of all parties to the Order appealed from are as follows:

    Party:        Phillip G. Young, Jr., Receiver
    Attorney:    Justin T. Campbell, Esq.
                  Thompson Burton PLLC
                  1801 West End Avenue, Suite 1550
                  Nashville, TN  37203

    Party:        Farm Credit Mid-America, PCA
    Attorneys:   Erika R. Barnes
                  Stites & Harbison PLLC
                  401 Commerce St., Suite 800
                  Nashville, TN  37219

---

[1] Docket Number 54 is also identified as "Findings of Fact and Conclusions of Law" on the docket.

Dairanetta S. Spain, Esq.
McGuirewoods LLP
845 Texas Ave., Suite 2400
Houston, TS 77002

M. Alexandra Shipley, Esq.
McGuirewoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601


Dated: April 2, 2026

s/*Kelli D. Holmes*
Kelli D. Holmes (042256)
Lynn Tarpy (006017)
Attorney for the Debtor
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N. Northshore Drive, Suite N-290
Knoxville, Tennessee  37919
(865) 588-1096
kholmes@tcflattorneys.com
ltarpy@tcflattorneys.com